**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| FRED ALLEN,<br><br>           Plaintiff,<br><br>vs.<br><br>CAPSHAW DEVELOPMENT COMPANY,<br><br>           Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-00001-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of magistrate judge's report and recommendation and of defendant's motion to dismiss, and the court having adopted the report and recommendation and having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed. Dated at Atlanta, Georgia, this 25th day of April, 2022.

                                        KEVIN P. WEIMER
                                        CLERK OF COURT

                              By:  s/D. Burkhalter
                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 25, 2022
Kevin P. Weimer
Clerk of Court

By:  s/D. Burkhalter
           Deputy Clerk